IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WOLF RUN HOLLOW, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 2:14-cv-25-JRG |
| | § | LEAD CASE |
| v. | § § | |
| KOHL'S DEPARTMENT STORES, INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |
| WOLF RUN HOLLOW, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 2:14-cv-64-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| TARGET CORPORATION, | § § | |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF REPRESENTATION AND TERMINATION OF ELECTRONIC NOTICES**

Before the Court is the Unopposed Motion for Withdrawal of Representation of Jennifer Parker Ainsworth as attorney of record for Target Corporation (Dkt. No. 37).

After careful consideration and with good cause shown, the Court hereby GRANTS the motion and Jennifer Parker Ainsworth is withdrawn as counsel for Target Corporation. Defendant will continue to be represented by other counsel.

The Clerk shall remove Jennifer Parker Ainsworth from receiving electronic Court notices in this matter.

**So Ordered and Signed on this**

**Jul 10, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE